

**CMR**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

RECEIVED
NOV 9 2016

Thomas Feidser

*(In the space above enter the full name(s) of the plaintiff(s).)*

FILED
NOV - 9 2016
LUCY V. CHIN, Interim Clerk
By_____ Dep. Clerk

- against -

Michael L. Guinter
and Partner for Case #
MC-51-CR-0002059-2016

**16    5808**

**COMPLAINT**

under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes   ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

## I.   Parties in this complaint:

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name _Thomas Feidser_
ID # _1026585_
Current Institution _CFCF_
Address _7901 State Rd Phila Pa 19136_

*Rev. 10/2009*

No IFP
No Lec-Paid

B.    List all defendants' names, positions, places of employment, and the address where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets of paper as necessary.

Defendant No. 1        Name _Michael L. Guinter_____  Shield # _____ of Phila

                       Where Currently Employed _3rd District Police Department_ 

                       Address _____

                       _____

Defendant No. 2        Name _____  Shield # _____

                       Where Currently Employed _____

                       Address _____

                       _____

Defendant No. 3        Name _____  Shield #_____

                       Where Currently Employed _____

                       Address _____

                       _____

Defendant No. 4        Name _____  Shield # _____

                       Where Currently Employed _____

                       Address _____

                       _____

Defendant No. 5        Name _____  Shield #_____

                       Where Currently Employed _____

                       Address _____

                       _____

## II.    Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur?  _____

_____

B.    Where in the institution did the events giving rise to your claim(s) occur?  _____

_____

C.    What date and approximate time did the events giving rise to your claim(s) occur? _1-20-16_

_7:00 pm_

What happened to you?

D. Facts: On 1-20-16 about 7:00 pm on 1600 South Juniper St I was stoped by police officer Michael L. Guinter and his partner. They put me under arrest and started punching and kicking me for no reason for Case # MC-51-CR-0002059-2016 I was taken to Methodist hospital for treatment. This is the same police officer that Abused me in 2012 on Sept-18th I had to go to Methodist Hospital to get stiches on my left eye

Who did what?

Michael L Guinter put me in hand cuffs while his partner punched me in my face then officer Michael C. Guinter Slamed me and started kicking me other police officers Came and took me to Methodist Hospital

Was anyone else involved?

Who else saw what happened?

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. 9-18-2012, Cut above left eye mutiple scrapes and brises to Left Side of face and head area, Liquid Stiches, ICC Pact, and pain Killers 1-20-2016, bruised right eye, bruised rib cage and Spinal area, looked at eye, gave pain Killers muscle rub for ribs and spine area

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that " [n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a

prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."  Administrative remedies are also known as grievance procedures.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _____ No _____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

_____

B.  Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes _____ No _____ Do Not Know _____

C.  Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes _____ No _____ Do Not Know _____

If YES, which claim(s)? _____

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _____ No _____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes _____ No _____

E.  If you did file a grievance, about the events described in this complaint, where did you file the grievance?

_____

1.  Which claim(s) in this complaint did you grieve? _____

_____

2.  What was the result, if any? _____

_____

3.  What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

_____

_____

_____

_____

F.   If you did not file a grievance:

    1.   If there are any reasons why you did not file a grievance, state them here: _____

_____

_____

_____

_____

    2.   If you did not file a grievance but informed any officials of your claim, state who you
informed, when and how, and their response, if any:_____

_____

_____

_____

_____

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative
remedies. I suffer from Depression, Anxiety, paranoia,
I have nightmares of the attack on and off Medkers
and I also have a life line scene and Biurreness in my left eye
I also take Zolof 50mg Because I was diagnosed with
PTSD post tramtic stress disorder, I fear for
my life from this officer this is the second time I was
assulted, im scared of what he might do next

Note:   You may attach as exhibits to this complaint any documents related to the exhaustion of your
administrative remedies.

V.   **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that
you are seeking and the basis for such amount).   300, 000. 00
Three hundred Thousand
And Hospital Bills

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**VI.**    **Previous lawsuits:**

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

```
On
these
claims
```

Yes _____ No _____

B.    If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format. )

1.    Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.    Court (if federal court, name the district; if state court, name the county) _____

3.    Docket or Index number _____

4.    Name of Judge assigned to your case _____

5.    Approximate date of filing lawsuit _____

6.    Is the case still pending?   Yes ____ No ____

      If NO, give the approximate date of disposition _____

7.    What was the result of the case? (For example: Was the case dismissed? Was there
      judgment in your favor? Was the case appealed?) _____
      _____
      _____

C.    Have you filed other lawsuits in state or federal court?

      Yes ____ No ____

D.    If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If
      there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using
      the same format.)

1.    Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.    Court (if federal court, name the district; if state court, name the county) _____

3.    Docket or Index number _____

4.    Name of Judge assigned to your case _____

5.    Approximate date of filing lawsuit _____

6.    Is the case still pending?   Yes ____ No ____

      If NO, give the approximate date of disposition _____

7.    What was the result of the case? (For example: Was the case dismissed? Was there
      judgment in your favor? Was the case appealed?) _____
      _____
      _____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _3rd_ day of _November_ , 20 _1 6_.

                                        Signature of Plaintiff _____

                                        Inmate Number _1026585_

*Rev. 10/2009*                          - 7 -

Institution Address _Thomas Feldser_
_1026585_
_7901 State Rd_
_Phila ps 19136_

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint and provide
         their inmate numbers and addresses.

I declare under penalty of perjury that on this _3rd_ day of _November_ , 20 _16_ , I am delivering
this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the
Eastern District of Pennsylvania.



Signature of Plaintiff: _Thomas Feldser_

*Rev. 10/2009*                    - 8 -